**TIMOTHY R. GARRISON**
California Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Tel:  (619) 234-8467 ext. 3722 / Fax: (619) 687-2666
timothy_garrison@fd.org

Attorneys for JESUS GARCIA-SANTIAGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY ANN BENCIVENGO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07MJ2627 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF WITHDRAWAL** |
| JESUS GARCIA-SANTIAGO, | ) | |
| Defendant. | ) | |

Notice is hereby given by Timothy R. Garrison, Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case to correct a administrative error in filing:

|  |  |
|---|---|
| Document: | *NOTICE OF APPEARANCE* |
| File Date: | November 14, 2007 |
| Docket #: | 4 |

Respectfully submitted,

Dated:  November 20, 2007      /s// TIMOTHY R. GARRISON
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: November 20, 2007        /s/ TIMOTHY R. GARRISON
                                Federal Defenders of San Diego, Inc.
                                225 Broadway, Suite 900
                                San Diego, CA 92101-5030
                                (619) 234-8467 (tel)
                                (619) 687-2666 (fax)
                                Timothy_Garrison@fd.org (email)