1
2
3
4
5
6
7

FILED

DEC - 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  In the Matter of                          )
    Substitution of Counsel,                  )
11                                            )   **ORDER**
                                              )   **FOR SUBSTITUTION OF COUNSEL**
12  ZANDRA L. LOPEZ.                          )   **AND NOTICE OF APPEARANCE**
                                              )
13  _____  )

14          **IT IS HEREBY ORDERED** that Zandra L. Lopez, California Bar No. 216567, upon her

15  departure from Federal Defenders of San Diego, Inc., and entering into private practice at 427 C Street, Suite

16  300, San Diego, California, 92101, phone 619/233-3169, fax 619/684-3522, email zll@zandralopezlaw.com,

17  be substituted as appointed counsel and that Federal Defenders be relieved in the cases as listed in the

18  attached, effective November 30, 2007.

19          **SO ORDERED.**

20

21  DATE: December 4, 2007

                                    _____
22                                  HONORABLE IRMA E. GONZALEZ
                                    Chief Judge, United States District Court
23                                  Southern District of California

24

25

26

27

28

**CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO ZANDRA L. LOPEZ, CALIFORNIA BAR NO. 216567 AS APPOINTED COUNSEL OF RECORD EFFECTIVE NOVEMBER 30, 2007**

| CASE NAME | NUMBER | COURT DATE | JUDGE |
|---|---|---|---|
| *United States v. Erick Manjarrez-Cervantes (On Appeal)* | 03cr1913-BEN | 12/03/07-Stat Conf | BEN |
| *United States v. Fredis Mejia-Lemus ( On Appeal)* | 06cr0511-MJL | Pending Appeal | MJL |
| *United States v. Domingo Aguilar-Aguilar (Resentencing on Remand)* | 04cr2955-GT | 12/03/07-Re-Sent Hrg. | GT |
| *United States v. Robert Bradley Pastor* | 09cr0987-NAJ | 2/11/08-Rev. Hrng. | NAJ |
| *United States v. Engelberto Sanchez* | 03cr1017-NAJ | 12/10/07-Rev. Hrng. | NAJ |
| *United States v. Jose Antonio Carranza-Huesos* | 07MJ2700 | 12/06/07-PE | JMA |
| *United States v. Jose Iniguez-Delgado* | 07MJ2753 | 12/11/07-PE | AJB |
| *United States v. David Osvaldo Cruz-Zavala* | 07MJ2762 | 12/11/07-PE | AJB |
| *United States v. Jasmine Lau* | 07MJ2750 | 12/6/07-PE | BLM |
| *United States v. Ismael Antonia Zambrano-Reyes* | 07MJ2721 | 12/11/07-PH | AJB |
| *United States v. Maria Rico* | 07MJ2731 | 12/6/07-PE | LSP |
| *United States v. Victor Serrano* | 07MJ2724 | 12/6/07-PE | JMA |
| *United States v. Joel Lopez-Perez* | 07MJ2713 | 12/6/07-PE | JMA |
| *United States v. Pedro Resendiz-Avila* | 07MJ2705 | 12/6/07-PE | JMA |
| *United States v. Nicolas Cesareo* | 07MJ2704 | 12/6/07-PE | JMA |
| *United States v. Petronico Jimenez-Viera* | 07MJ2596 | 12/4/07-PE | BLM |
| *United States v. Ramon Pena-Martinez* | 07CR3211-DMS | 12/4/07-PH | DMS |
| *United States v. Garcia-Tun* | 07MJ2664 | 12/13/07-PE | NLS |
| *United States v. Valdovinos-Cardoza* | 07MJ2702 | 12/6/07-PE | JMA |
| *United States v. Chavez-Hernandez* | 07MJ2678 | 12/4/07-PE | NLS |
| *Untied States v. Jaime De La Cruz-Muro* | 07MJ2676 | 12/4/07-PE | NLS |
| *United States v. Karina Cota-Lobatos* | 07MJ8899 | 12/4/07-PH | PCL |
| *United States v. Noemi Vasquez* | 07CR2672-TJW | 2/11/07-Sent. Hrng. | TJW |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

| | | | | |
|---|---|---|---|---|
| 1 | United States v. Joseph Paul Bushey | 07MJ8904 | 11/28/07-PE | PCL |
| 2 | United States v. Juan Carlos Vasquez-Mendoza | 07MJ8927 | 11/29/07-PE | PCL |
| 3 | United States v. Richardo Flores | 07MJ2597 | 12/4/07-PE | BLM |
| 4 | United States v. Marcos Banderas-Rodriguez | 07CR3111-JAH | 12/6/07-Dispo. | DMS |
| 5 | United States v. Horacio B. Rosales-Zamora | 07CR3113-DMS | 12/6/07-Dispo. | DMS |
| 6 | United States v. Israel Amezquita-Luna | 07CR3032-WQH | 12/4/07-Dispo. | WQH |
| 7 | United States v. Joel Jimenez-Polanco | 07MJ2663 | 12/13/07-PH | NLS |
| 8 | United States v. Francisco Esparza-Gutierrez | 07MJ2660 | 12/13/07-PH | NLS |
| 9 | United States v. Jesus Garcia-Santiago | 07MJ8927 | 12/6/07-PE | CAB |

10
11

*U.S. DISTRICT COURT CASES ON APPEAL TO THE NINTH CIRCUIT*
*MOTIONS FOR SUBSTITUTION OF COUNSEL FILED FOR ZANDRA L. LOPEZ*
*EFFECTIVE NOVEMBER 30, 2007*

12  *RE-LIST*

| | | | |
|---|---|---|---|
| 13 14 | United States v. Jason Wayne Cline<br>05cr0667-MLH | U.S.C.A. No. 05-50138 | Petition for Rehearing filed |
| 15 | United States v. Donald Wayne Collins<br>03cv2406-MJW | U.S.C.A. No. 07-56432 | Waiting on Govt.'s Response to Cert. Petition |
| 16 17 | United States v. Francisco Cano-Matus<br>06CR2002-BTM | U.S.C.A. No. 07-50218 | Reply due 12/09/07 |
| 18 | United States v. Francisco Cano-Matus<br>04CR1175-GT | U.S.C.A. No. 07-50255 | Waiting on Oral Argument |
| 19 20 | United States v. Ana Castaneda-Vasquez<br>07cr1626-JAH | U.S.C.A. No. 07-50502 | Waiting on briefing schedule |
| 21 | United States v. Raimundo Martinez-Orosco<br>03CR2601-JAH | pending | Notice of Appeal filed 10/17/07 with D.Ct. |
| 22 23 | United States v. Engelberto Santana<br>03CR1017-NAJ | U.S.C.A. No. 07-50190 | Waiting on Oral Argument |
| 24 | United States v. Fredis Mejia-Lemus<br>06CR0811-MJL | U.S.C.A. No. 07-71408 | Submitted |
| 25 26 | United States v. Ruben Meda-Rodriguez<br>04CR1993-LAB | U.S.C.A. No. 07-50141 | Waiting on Oral Argument |
| 27 | United States v. Erick Manjarrez-Cervantes | U.S.C.A. No. 07-71177 | Submitted |
| 28 | United States v. Hector Quinonez-Martinez<br>06CR1169-MJL | U.S.C.A. No. 07-50139 | Waiting on Oral Argument |

1    *United States v. Jose Angel Ramirez-Estrada*    U.S.C.A. No. 06-50473    *Waiting on Oral Argument*
     *06cr0121-DMS*

2

3    *United States v. Maria Carmen Garcia*    U.S.C.A. No. 06-50630    *Opening Brief due 12/13/07*
     *06CR716-JAH*

4    *United States v. Alfredo Martinez*    U.S.C.A. No. 06-50307    *Cert. Petition filed*
     *05CR1602-LAB*

5

6    *United States v. Luis Diaz-Luevano*    U.S.C.A. No. 05-50129    *Cert. Petition due 12/28/07*
     *04CR1371-LAB*

7    *United States v. Robert Bradley Pastor*    U.S.C.A. No.s 06-50055/    *Waiting on Oral Argument*
     *93CR0987-NAJ*                                        06-50230

8

9    *United States v. Jose Angel Limon-Madero*    U.S.C.A. No. 07-50354    *Opening Brief due 12/07/07*
     *07CR0981-JTM*

10   *United States v. Ismael Juan Ramirez-Guerrero*    U.S.C.A. No. 07-50410    *Opening Brief due 12/20/07*
     *07CR0524-JTM*

11
     *End of District Court Cases on Appeal*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28