```
                                    F I L E D
                                   07 DEC -5 PM 3:45
                                   CLERK, U.S. DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA

                                   BY:  ⦿
                                                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury        '07 CR 3275 W

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            ,         )<br>        Plaintiff, )<br>                      )<br>    v.                )<br>                      )<br> JESUS GARCIA-SANTIAGO, )<br>                      )<br>        Defendant.    )<br>_____) | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about November 7, 2007, within the Southern District of California, defendant JESUS GARCIA-SANTIAGO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

WDK:fer:San Diego
11/30/07

It is further alleged that defendant JESUS GARCIA-SANTIAGO, was removed from the United States subsequent to May 10, 2005.

DATED: December 5, 2007.

A TRUE BILL:

*/s/ Foreperson*
Foreperson

KAREN P. HEWITT
United States Attorney

By: */s/ Douglas Keehn*
DOUGLAS KEEHN
Assistant U.S. Attorney