1  **ZANDRA L. LOPEZ**
California Bar No. 216567
2  427 C Street, suite 300
San Diego, Ca. 92101
3  619.233.3169, ext. 17
fax: 619.684.3522
4  zll@zandralopezlaw.com

5

6  Attorney for **Mr. Jesus Garcia-Santiago**

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE THOMAS J. WHELAN)**

11

12  UNITED STATES OF AMERICA,    )    CASE NO.  07CR3275-TJW
                                 )
13          Plaintiff,           )    DATE:      February 4, 2008
                                 )    TIME:      2:00 p.m.
14  v.                           )
                                 )    NOTICE OF MOTIONS AND
15  JESUS GARCIA-SANTIAGO,       )    MOTIONS:
                                 )
16          Defendant.           )    (1)   TO COMPEL DISCOVERY;
                                 )    (2)   FOR LEAVE TO FILE
17                               )          FURTHER MOTIONS
                                 )
18                               )
_____)    _____
19

20  TO:   KAREN P. HEWIT, UNITED STATES ATTORNEY, AND
        PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY:
21

22      PLEASE TAKE NOTICE that on February 4, 2008, at 2:00 p.m. or as soon thereafter

23  as counsel may be heard, the defendant, Zandra L. Lopez, by and through counsel, Zandra

24  Lopez, will ask this Court to enter an order granting the following motions.

25                                   **MOTIONS**

26      The defendant, Jesus Garcia-Santiago, by and through counsel, Zandra Lopez,

27  pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all

28  other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery; and,
2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

　　//s//　　Zandra L. Lopez

Dated: January 18, 2008

**ZANDRA L. LOPEZ**
Attorney for Mr. Garcia-Santiago