**ZANDRA L. LOPEZ**
California Bar No. 216567
427 C Street, suite 300
San Diego, Ca. 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

Attorney for **Mr. Jesus Garcia-Santiago**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR3275-TJW |
|        Plaintiff, | |
| v. | PROOF OF SERVICE |
| JESUS GARCIA-SANTIAGO, | |
|        Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this
day upon:

       Paul Starita, Assistant United States Attorney
       paul.starita@usdoj.gov efile.dkt.gc2@usdoj.gov

       Respectfully submitted,

       /s/   Zandra L. Lopez
Dated: January 18, 2008       **ZANDRA L. LOPEZ**
       Attorney for Defendant
       zll@zandralopezlaw.com